THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* OLEN BELL, Defendant-Appellee.

(No. 73-326;

Second District—October 25, 1974.

Opinion by Mr. JUSTICE RECHENMACHER.

Philip G. Reinhard, State's Attorney, of Rockford (David D. Koski, Assistant State's Attorney, of counsel), for the People.

No appearance for appellee.